# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEANDRE VALENTINE,
　　　　　　　　Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JACQUELINE M. BLUTH, DISTRICT
JUDGE,
　　　　　　　　Respondents,
and
THE STATE OF NEVADA,
　　　　　　　　Real Party in Interest.

No. 84777

FILED

JUL 08 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is an original petition for a writ of mandamus or prohibition. Petitioner has filed a motion to withdraw his petition. The unopposed motion is granted and this matter is dismissed.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

 
22-21490

cc: Hon. Jacqueline Bluth, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk